798 A.2d 1249
## IN THE MATTER OF EUGENE F. MCENROE, AN ATTORNEY AT LAW.

June 7, 2002.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–154, concluding that **EUGENE F. McENROE** of **HAZLET,** who was admitted to the bar of this State in 1971, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having granted the cross-petition for review filed by the Office of Attorney Ethics and having concluded that respondent's conduct also violated *RPC* 8.4(b) (conduct involving criminal act reflecting on attorney's honesty, trustworthiness or fitness to practice);

And good cause appearing;

It is ORDERED that the charge of violation of *RPC* 8.4(b) is hereby reinstated; and it is further

ORDERED that **EUGENE F. McENROE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 8, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.